IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PETER WASKO**

        **Plaintiff(s),**

  **vs.**                                                     **CIVIL NO.03-910 JH/WDS**

**JOHNNY GONZALES**

        **Defendant(s).**

## MAGISTRATE JUDGE'S REPORT
## AND PROPOSED RECOMMENDATION

This matter comes before the Court on Plaintiff's Motion for Defendant's Contempt on the Court with Sanctions (Doc. 28).  On November 10, 2004, this Court entered an order requiring Defendant to answer Plaintiff's interrogatories by November 22, 2004.  Plaintiff's current motion if premised on the fact that no answers have been provided and the deadline has passed.  The Court also notes that Defendant has not responded to this motion for sanctions. Plaintiff in this case is pro se, but Defendant is represented by counsel.

Plaintiff requests sanctions in the amount of $10,000.00.  It is the recommendation of the undersigned that the Presiding Judge grant the motion for sanctions and enter judgment on liability against Defendant based upon his failure to comply with discovery requirements and his disobedience of the November 10 court order.  A separate hearing on damages with notice to all parties should then be scheduled.  Defendant has 10 days from the date of this order to file objections.

_____
**W. DANIEL SCHNEIDER**
**United States Magistrate Judge**